IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA M. LIDDELL,

    Petitioner/Defendant,

v.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.

Case No. 3:10-cv-00131

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Joshua Liddell's petition to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Joshua Liddell, and that this case is dismissed with prejudice.

    NANCY J. ROSENSTENGEL, Clerk of Court

    S/Deborah Agans, Deputy Clerk

DATED: February 9, 2012

APPROVED: s./ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**