IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA M. LIDDELL,

              Petitioner/Defendant,

    v.

UNITED STATES OF AMERICA,

              Respondent/Plaintiff.

Case No. 3:10-cv-00131

## **<u>JUDGMENT</u>**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Joshua Liddell's petition to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Joshua Liddell, and that this case is dismissed with prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**S/Deborah Agans, Deputy Clerk**

**DATED: February 9, 2012**

**APPROVED**: <u>s./ J. Phil Gilbert</u>

**J. PHIL GILBERT
DISTRICT JUDGE**